AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; CYANIDE PUBLISHING; COMBINE MUSIC CORP.; et al. <br><br> *Plaintiff(s)* <br> v. <br> RIVER ROCKS, LLC d/b/a RIVER ROCKS also d/b/a THE DOCK AT RIVER ROCKS; MICHAEL MELHADO and TRACY SILVERTHORN, <br><br> *Defendant(s)* | Civil Action No. 6:17-cv-323-Orl-41TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TRACY SILVERTHORN
201 EIGHTH AVENUE
INDIALANTIC, FL 32903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ZACHARY D. MESSA, ESQ.
JOHNSON POPE
911 CHESTNUT STREET
CLEARWATER FL 33756

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/24/17

_____
*Signature of Clerk or Deputy Clerk*